# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 08-05002-01-CR-SW-GAF |
| | ) | |
| **Plaintiff,** | ) | **COUNT ONE:** |
| | ) | 18 U.S.C. § 922 (g)(3) |
| | ) | NMT 10 years and/or $250,000 |
| v. | ) | Class C Felony |
| | ) | Supervised Release: NMT 3 years |
| | ) | |
| **STEPHEN JACKSON**, | ) | **COUNT TWO:** |
| [DOB 08/22/1958] | ) | 26 U.S.C. § 5861(d) |
| | ) | NMT 10 years and/or $10,000 fine |
| **Defendant.** | ) | Class C Felony |
| | ) | Supervised Release: NMT 3 years |
| | ) | |
| | ) | $100 Mandatory Penalty Assessment |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 29, 2007, in Newton County, in the Western District of Missouri, Stephen Jackson, the defendant, then being an unlawful user of a controlled substance, that is, marijuana, knowingly did possess, in and affecting commerce, firearms, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT TWO

On or about May 29, 2007, in Newton County, in the Western District of Missouri, Stephen Jackson, the defendant, did possess a firearm, as defined in Title 26, United States Code, Section 5845(a) and Title 18, United States Code, Section 921(a)(24), specifically, a silencer, which firearm was not then registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

**A TRUE BILL**

/s/
Foreperson of the Grand Jury

 /s/ *James J. Kelleher*
James J. Kelleher
Missouri Bar No. 51921
Special Assistant United States Attorney


January 23, 2008
Date