# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-5002-01-CR-SW-GAF |
| ) | |
| STEPHEN JACKSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence in which he asserts that evidence seized as a result of a search warrant should be suppressed. On October 28, 2008, Chief United States Magistrate Judge James C. England conducted an evidentiary hearing. On November 20, 2008, Judge England issued his Report and Recommendation.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #26) is OVERRULED and DENIED.

SO ORDERED.

                                                                   s/ Gary A. Fenner
                                                                   Gary A. Fenner, Judge
                                                                   United States District Court

DATED: December 29, 2008