UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | |
| STEPHEN JACKSON ) | Case No. 08-05002-01-CR-SW-GAF |
| ) | |
| Defendant. ) | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of May 24, 2010, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Stephen Jackson:

**The defendant shall participate in the 8-hour, CDL refresher training course, a vocational services program, through Crowder Community College in Neosho, Missouri, as directed by the probation officer.**

/s/ Gary A. Fenner
GARY A. FENNER
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 27th day of May, 2010.